# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MONTGOMERY COUNTY TAX CLAIM BUREAU | : | No. 128 MM 2017 |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GRIMM BROTHERS REALTY, CO. AND EASTERN MONTGOMERY COUNTY WASTE SYSTEM AUTHORITY AND NORRISTOWN MUNICIPAL WASTE AUTHORITY AND NORRISTOWN AREA SCHOOL DISTRICT AND NORRISTOWN BOROUGH | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: GRIMM BROTHERS REALTY, CO. | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.